**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7868**

---

JEAN D. GERMAIN,

Plaintiff - Appellant,

versus

WILLIAM SONDERVAN, Commissioner; THOMAS R.
CORCORAN, Warden; JAMES S. SMITH, SR., Chief
of Security; RORY WISE, Captain; WILLIAM
MORANT, Lieutenant; BERNARD JONES, Captain;
CAPTAIN ORANGE; DARRYL PUGH, Corporal; JAMES
FLOWERS, Corporal,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-02-3513-1-WDQ)

---

Submitted:  October 1, 2004          Decided:  November 1, 2004

---

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jean D. Germain, Appellant Pro Se.  Sharon Stanley Street,
Assistant Attorney General, Stephanie Judith Lane Weber, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jean D. Germain appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Germain v. Sondervan</u>, No. CA-02-3513-1-WDQ (D. Md. filed Oct. 29, 2003; entered Oct. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>